Certificate Number: 08381-MIE-CC-022961667


08381-MIE-CC-022961667

# CERTIFICATE OF COUNSELING

I CERTIFY that on March 10, 2014, at 9:35 o'clock AM PDT, Angel E Vinyard received from ConsumerBankruptcyCounseling.info, a Project of the Tides Center, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Eastern District of Michigan, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: March 12, 2014

By: /s/Salvador Mariona

Name: Salvador Mariona

Title: counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).