# United States Bankruptcy Court
### Eastern District of Michigan

In re **Angel E Vinyard**　　　　　　　　　　　　　　　　Case No. **14-44325**

　　　　　　　　　　　　　　Debtor(s)　　　　　　　　Chapter **7**

## CERTIFICATE OF COMPLIANCE

Attorney of record for Debtor in the above captioned Bankruptcy case hereby certifies that as of the undersigned date a copy of Debtor's payment advices and tax return (or transcript of such tax return) for the most recently ended tax year have been provided to the assigned Trustee as required by L.B.R. 1007-1(i).

Date **March 26, 2014**

Attorney **/s/ Thomas Paluchniak**
**Thomas Paluchniak P70284**
712 Stanley Street
Ypsilanti, MI 48198
(734) 576-5593
tpaluchniak@me.com